**Order filed May 24, 2012.**



**In The**

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00458-CV

———————————

**JEANIE TURNER, INDIVIDUALLY, AS REPRESENTATIVE OF THE ESTATE OF TRAVIS KELLY TURNER, INDIVIDUALLY, AND DEREK TURNER, INDIVIDUALLY, Appellants**

**V.**

**CONTINENTAL AIRLINES, INC., THE CITY OF HOUSTON, JOHNSON CONTROLS, INC., WEBBER, LLC, POST, BUCKLEY, SCHUH & JERNIGAN, INC. (PBS&J), Appellees**

---

**On Appeal from Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 401,097**

---

## O R D E R

This is an appeal from a judgment signed May 8, 2012. The clerk's record was filed May 17, 2012.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the judgment signed May 8, 2012.

The Harris County Clerk is directed to file a supplemental clerk's record on or before June 14**, 2012**, containing the judgment signed May 8, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM